IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DMG GROUP, LLC,                          *
                                         *
        Plaintiff,                       *
                                         *
        v.                               *          CV 120-090
                                         *
DIABLO'S FRANCHISING, LLC and            *
JOHN DOE ENTITIES 1 THROUGH              *
20,                                      *
                                         *
        Defendants.                      *

_____

**O R D E R**

_____

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 14.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this _16th_ day of March, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA